IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JULISSA GREEN, on behalf of her minor child, DANASHA MCCORY, and as next friend of her minor grandchild, BAYLIE BELL, | ) ) ) ) | Case No. 22-CV-02918 |
| Plaintiffs, | ) ) ) | Hon. Andrea R. Wood, District Judge |
| v. | ) ) | Hon. Heather K. McShain, Magistrate Judge |
| THE CITY OF CHICAGO, *et al.* | ) ) | Jury Trial Demanded |
| Defendants. | ) | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANTS' JOINT MOTION TO BIFURCATE *MONELL* CLAIMS**

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HESTER MENDEZ, et al | ) | Case No. 18-cv-5560 |
| | ) | |
| Plaintiffs, | ) | Judge John Z. Lee |
| | ) | |
| v. | ) | Magistrate Judge Young B. Kim |
| | ) | |
| THE CITY OF CHICAGO, et al | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT INDEX**
**DEFENDANT CITY'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Exhibit 1:    Plaintiffs' Fourth Amended Complaint, Dkt. 125
Exhibit 2:    Answer to Fourth Amended Complaint
Exhibit 3:    Deposition of Officer Cappello
Exhibit 4:    Deposition of Officer Donnelly
Exhibit 5:    Deposition of Officer Sehner
Exhibit 6:    Deposition of Sergeant Egan
Exhibit 7:    Complaint for Search Warrant and Search Warrant
Exhibit 8:    Deposition of Lt. Dari
Exhibit 9:    Deposition of Officer Guzman
Exhibit 10:   Deposition of ASA Glen Runk
Exhibit 11:   Deposition of Officer Hernandez
Exhibit 12:   Deposition of Hester Mendez
Exhibit 13:   Body Worn Camera - Officer Sehner
Exhibit 14:   Body Worn Camera- Officer Hernandez
Exhibit 15:   Body Worn Camera- Officer Donnelly
Exhibit 16:   Body Worn Camera- Officer Guzman
Exhibit 17:   Compilation of BWC footage of Officer Cappello
Exhibit 18:   Compilation of BWC footage of Sgt. Egan
Exhibit 19:   Deposition of Jack Mendez
Exhibit 20:   Video Clip of CBS's Interview of Jack Mendez
Exhibit 21:   Plaintiffs' Third Amended Notice of F.R.C.P. 30(b)(6) Deposition of City of Chica
Exhibit 22:   General Order G03-02 "Use of Force Guidelines"
Exhibit 23:   General Order G03-02 "Use of Force"
Exhibit 24:   Deposition of Karen Conway Vol. I
Exhibit 25:   Deposition of Shannon Hayes
Exhibit 26:   Deposition of Matthew Cline
Exhibit 27:   Deposition of John Benigno Part II
Exhibit 28:   Deposition of Daniel Godsel
Exhibit 29:   Police Accountability Task Force Report

| | |
|---|---|
| Exhibit 30: | Plaintiffs' Answer to City's Contention Interrogatories |
| Exhibit 31: | Department of Justice Report |
| Exhibit 32: | Deposition of Jeffrey Noble |
| Exhibit 33: | Deposition of Karen Conway Part II |
| Exhibit 34: | Deposition of Michelle Harris |
| Exhibit 35: | Municipal Ordinances Creating Civilian Office of Police Accountability and Deputy Inspector General for Public Safety |
| Exhibit 36: | Deposition of John Benigno Part I |
| Exhibit 37: | Deposition of Aileen Robinson |
| Exhibit 38: | Deposition of Trak Silapaduriyang |
| Exhibit 39: | Transcript of COPA Ordinance Hearing |
| Exhibit 40: | Arrests per Year List (2012-2018) |
| Exhibit 41: | Juvenile Arrests, Juvenile Use of Force Incidents, and Search Warrant List (2012-2018) |
| Exhibit 42: | Resigned Under Investigation List |
| Exhibit 43: | Sustained Rule 14 and 22 List |
| Exhibit 44: | Body Worn Camera Directives |
| Exhibit 45: | Expert Report of Jeffrey Noble |
| Exhibit 46: | IPRA Ordinance |

Dated: October 26, 2021                                          Respectfully Submitted,

By:     /s/ *Raoul Vertick Mowatt*
Assistant Corporation Counsel

Marion C. Moore, Chief Assistant Corporation Counsel
Raoul Vertick Mowatt, Assistant Corporation Counsel
Kyle Rockershousen, Assistant Corporation Counsel
City of Chicago Department of Law, Federal Civil Rights Litigation Division
2 N. LaSalle Street, Suite 420
Chicago, IL 60602
(312) 744-3283
Atty. No. 6302587
**Attorneys for Defendant City**

/s/*Larry S. Kowalczyk*

Larry S. Kowalczyk, Special Assistant Corporation Counsel
Megan K. Monaghan, Special Assistant Corporation Counsel
QUERREY & HARROW, LTD.
120 N. LaSalle St., Suite 2600
Chicago, IL 60602
(312) 540-7000
**Attorneys for Defendant Officers**