IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JULISSA GREEN, on behalf of her minor child, DANASHA MCCORY, and as next friend of her minor grandchild, BAYLIE BELL, | ) ) ) ) | Case No. 22-CV-02918 |
| Plaintiffs, | ) ) ) | Hon. Andrea R. Wood, District Judge |
| v. | ) ) | Hon. Heather K. McShain, Magistrate Judge |
| THE CITY OF CHICAGO, *et al.* | ) ) | Jury Trial Demanded |
| Defendants. | ) | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANTS' JOINT MOTION TO BIFURCATE *MONELL* CLAIMS**

# EXHIBIT C

# EXHIBIT LIST

Appendix 1: 9/17/18 Email from Gregory Beck

Exhibit A: 12/22/2020 Transcript of Superintendent Brown

Exhibit B: Jack Ryan Expert Report

Exhibit C: Officer Cappello Deposition Transcript

Exhibit D: Sgt. Egan Deposition Transcript

Exhibit E: Officer Donnelly Transcript

Exhibit F: Officer Guzman Deposition Transcript

Exhibit G: Officer Hernandez Deposition Transcript

Exhibit H: Officer Sehner Deposition Transcript

Exhibit I: Defendant City's Second Supplemental Responses to Plaintiffs' First Set of Interrogatories

Exhibit J: Lt. Cascone Deposition Transcript (PLAINTIFF 7852-7975)

Exhibit K: Lt. Benigno Part 1 Deposition Transcript

Exhibit L: Commander Cline Deposition Transcript

Exhibit M: Officer Runk Deposition Transcript

Group Exhibit N: Capello Personnel File and Test Results (FCRL 1864-1867, 1870-1872, Plaintiff 5639-5372, 7776-7780)

Exhibit O: Signed Search Warrant and Complaint for Search Warrant (QH 0001-0003)

Exhibit P: Lt. Dari Deposition Transcript

Exhibit Q: Officer Guzman BWC (FCRL 7)

Exhibit R: Hester Mendez Deposition Transcript

Exhibit S: Officer Sehner BWC (FCRL 1)

Exhibit T: Officer Hernandez BWC (FCRL 2)

Exhibit U: Officer Donnelly BWC (FCRL 5)

Exhibit V: Gilbert Mendez Deposition Transcript

Exhibit W: Jack Mendez Deposition Transcript

Exhibit X: Peter Mendez Deposition Transcript

Exhibit Y: Peter Mendez Deposition Video

Exhibit Z: Jack Mendez Deposition Video

Exhibit AA: Peter Mendez Deposition Clip

Exhibit BB: Jack Mendez Deposition Clip

Exhibit CC: Steve Berkowitz Expert Report of Jack Mendez

Exhibit DD: Steve Berkowitz Expert Report of Peter Mendez

Exhibit EE: Steve Berkowitz Rebuttal Report

Exhibit FF: COPA Log #2019-0004600 Summary Report

Exhibit GG: 2015 Search Warrant Special Order (FCRL 205-218)

Group Exhibit HH: Pre-2015 Search Warrant Training (FCRL 2940-2982),

2015 Search Warrant Manual and Training (FCRL 2745-2939), 2017 Search Warrant Training (Tate FCRL 20814-20942), 2021 Search Warrant Special Order SO4-19

Exhibit II: 2013 Use of Force Bulletin (FCRL 3424-3426)

Exhibit JJ: Max Schanzenbach Expert Report

Exhibit KK: Max Schanzenbach Rebuttal Report

Exhibit LL: Alderman Harris Deposition Transcript (PLAINTIFF 10561-10620)

Exhibit MM: Karen Conway Part 1 Deposition Transcript

Exhibit NN: Davianna Simmons Deposition Transcript

Exhibit OO: Davianna Simmons Deposition Video

Exhibit PP: Emily Simmons Deposition Transcript

Group Exhibit QQ: Plaintiffs' Second and Fifth Amended MIDP

Exhibit RR: Hester Mendez's Amended Answers on Behalf of Peter Mendez to the City's First Set of Interrogatories

Exhibit SS: *Blassingame* Second Amended Complaint

Exhibit TT: *Smith* Amended Complaint

Exhibit UU: Alberta Wilson Signed Affidavit

Exhibit VV: *Archie* CBS Clip

Exhibit WW: *Archie* Third Amended Complaint

Exhibit XX: LaNiya Booth Deposition Transcript

Exhibit YY: LaNiya Booth Deposition Video

Exhibit ZZ: Legend Booth Deposition Transcript

Exhibit AAA: Legend Booth Deposition Video

Exhibit BBB: Emonie Booth Deposition Transcript

Exhibit CCC: Emonie Booth Deposition Video

Exhibit DDD: Kiqiana Jackson Deposition Transcript

Exhibit EEE: Arkeya Blanchard Deposition Transcript

Group Exhibit FFF: *James* CBS Clips

Exhibit GGG: *James* Complaint

Exhibit HHH: *Harbin* Second Amended Complaint

Exhibit III: *Evans* Amended Complaint

Exhibit JJJ: *Vale* Amended Complaint

Exhibit KKK: *Lyons* Amended Complaint

Exhibit LLL: Lisa Thurau Expert Report

Exhibit MMM: Lt. Benigno Part 2 Deposition Transcript

Group Exhibit NNN: 2007 Search Warrant Special Order (FCRL 177-190), 2015 Search Warrant Special Order (FCRL 205-218), 2020 Search Warrant Special Order

Exhibit OOO: Jack Ryan Rebuttal Report

Exhibit PPP: DOJ Report (PLAINTIFF 530-693)

Exhibit QQQ: PATF (PLAINTIFF 1135-1324)

Exhibit RRR: Defendant City's Response to Plaintiffs' First Set of Requests for Admission

Exhibit SSS: Karen Conway Part 2 Deposition Transcript

Exhibit TTT: 2017 Use of Force Policy (FCRL 99-146)

Exhibit UUU: 2017 Use of Force Training (FCRL 2994-3066, 3651-3851, 3857-3876, 4010-4034)

Exhibit VVV: Trak Deposition Transcript

Exhibit WWW: Commander Godsel Deposition Transcript

Exhibit XXX: Sgt. Egan CR files (QH 323-405)

Exhibit YYY: Lt. Dari CR files (FCRL 11039-11056)

Exhibit ZZZ: Shannon Hayes Deposition Transcript (PLAINTIFF 8384-8444)

Exhibit AAAA: 2016 Force Mitigation Training (FCRL 3106-3175, 3177-3178, 3240-3317)

Exhibit BBBB: 2020 Search Warrant Training (Bures FCRL 6558-6651)

Exhibit CCCC: Jack Ryan Deposition Transcript

Exhibit DDDD: Max Schanzenbach Deposition Transcript

Exhibit EEEE: Steven Berkowitz Deposition Transcript

Exhibit FFFF: Royal Wilson Video

Exhibit GGGG: Lisa Thurau Deposition Transcript