IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULISSA GREEN, on behalf of her minor child, DANASHA MCCORY, and as next friend of her minor grandchild, BAYLIE BELL, ) ) ) ) | Case No. 22-CV-02918 |
| Plaintiffs, ) ) ) | Hon. Andrea R. Wood, District Judge |
| v. ) ) | Hon. Heather K. McShain, Magistrate Judge |
| THE CITY OF CHICAGO, *et al.* ) ) | Jury Trial Demanded |
| Defendants. ) | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANTS' JOINT MOTION TO BIFURCATE *MONELL* CLAIMS**

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HESTER MENDEZ, et al | ) | Case No. 18-cv-5560 |
| | ) | |
| Plaintiffs, | ) | Judge John Z. Lee |
| | ) | |
| v. | ) | Magistrate Judge Young B. Kim |
| | ) | |
| THE CITY OF CHICAGO, et al | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT INDEX TO
DEFENDANTS' RESPONSE TO PLAINTIFFS' LOCAL RULE 56.1(b)
STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS**

The following deposition exhibits listed below are being re-filed with additional pages inserted from the previously deposition exhibits e-filed on October 26, 2021, with Defendants' Rule 56.1 Statement of Undisputed Material Facts in Support of Their Joint Motion for Summary Judgment:

| | |
|---|---|
| Exhibit 3: | Deposition of Officer Cappello |
| Exhibit 4: | Deposition of Officer Donnelly |
| Exhibit 6: | Deposition of Sergeant Egan |
| Exhibit 8: | Deposition of Lt. Dari |
| Exhibit 9: | Deposition of Officer Guzman |
| Exhibit 10: | Deposition of ASA Glen Runk |
| Exhibit 11: | Deposition of Officer Hernandez |
| Exhibit 12: | Deposition of Hester Mendez |

**ADDITIONAL EXHIBITS:**

| | |
|---|---|
| Exhibit 47: | BWC Timeline |
| Exhibit 48: | Expert Report of Matthew J. Hickman, Ph.D. |
| Exhibit 49: | Deposition of Officer Hefel in *Simmons v. City of Chi., et al.,* 14 CV 9042 |
| Exhibit 50: | Defendant Officers' Answer to the Second Amended Complaint, *Blassingame v. City of Chi., et al.*, 19 CV 7287, Dkt. 105 |
| Exhibit 51: | Defendants' Rule 12(b)(6) Motions to Dismiss, *Smith v. City of Chi, et al.,* 21 CV 890, Dkt. 29, 31 |
| Exhibit 52: | Group Exhibit - SWAT Officers' Answers to Interrogatory No. 3, *Wilson v. City of Chi., et al.,* 19 L 8047 |
| Exhibit 53: | BWC Video Clip-QH 0147 – *Archie v. City of Chi., et al.,* 19 CV 4838 |
| Exhibit 54: | BWC Video Clip-QH 0148 – *Archie v. City of Chi., et al.,* 19 CV 4838 |
| Exhibit 55: | BWC Video Clip-QH 0149 – *Archie v. City of Chi., et al.,* 19 CV 4838 |
| Exhibit 56: | BWC Video Clip-QH 0152 – *Archie v. City of Chi., et al.,* 19 CV 4838 |

| | | |
|---|---|---|
| Exhibit 57: | BWC Video Clip-QH 0154 – *Archie v. City of Chi., et al.,* 19 CV 4838 | |
| Exhibit 58: | Deposition of Officer Santisuk, *Ebony Tate v. City of Chi., et al.*, 18 CV 7439 | |
| Exhibit 59: | Deposition of Officer Lopez, *Ebony Tate v. City of Chi., et al.,* 18 CV 7439 | |
| Exhibit 60: | Deposition of Officer McCallum, *Ebony Tate v. City of Chi., et al.,* 18 CV 7439 | |
| Exhibit 61: | Defendant Officers' Answer to the Second Amended Complaint, *Bures v. City of Chi., et al.*, 19 CV 2040, Dkt. 68 | |
| Exhibit 62: | Defendant Officers' Answers to the Third Amended Complaint, *Toni Tate v. City of Chi, et al.,* 19 CV 7506, Dkt. 137 | |
| Exhibit 63: | Defendant Officers' Answers to the Amended Complaint, *Evans v. City of Chi., et al.,* 21 CV 4135, Dkt. 36 | |
| Exhibit 64: | Defendant Officers' Answers to the Amended Complaint, *Lyons v. City of Chi., et al.,* 20 CV 3412, Dkt. 84 | |
| Exhibit 65: | Defendants' Rule 12(b)(6) Motions to Dismiss, *Vale v. City of Chi., et al.,* 20 CV 5037, Dkt 38, 41 | |
| Exhibit 66 | Peoples Gas Record. | |

Dated: March 3, 2022  Respectfully Submitted,

By: /s/ *Raoul Vertick Mowatt*
Assistant Corporation Counsel

Marion C. Moore, Chief Assistant Corporation Counsel
Raoul Vertick Mowatt, Assistant Corporation Counsel
City of Chicago Department of Law, Federal Civil Rights Litigation Division
2 N. LaSalle Street, Suite 420
Chicago, IL 60602
(312) 744-3283
Atty. No. 6302587
**Attorneys for Defendant City**

/s/*Larry S. Kowalczyk*
Special Assistant Corporation Counsel

Larry S. Kowalczyk, Special Assistant Corporation Counsel
Megan K. Monaghan, Special Assistant Corporation Counsel
QUERREY & HARROW, LTD.
120 N. LaSalle St., Suite 2600
Chicago, IL 60602
(312) 540-7000
**Attorneys for Defendant Officers**

Page 2 of 2