IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULISSA GREEN, on behalf of her minor child, DANASHA MCCORY, and as next friend of her minor grandchild, BAYLIE BELL, | Case No. 22-CV-02918 |
| Plaintiffs, | Hon. Andrea R. Wood, District Judge |
| v. | Hon. Heather K. McShain, Magistrate Judge |
| THE CITY OF CHICAGO, *et al.* | Jury Trial Demanded |
| Defendants. | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANTS' JOINT MOTION TO BIFURCATE *MONELL* CLAIMS**

# EXHIBIT E

# EXHIBIT LIST

Exhibit HHHH: COPA Report (filed under seal)

Group Exhibit IIII: CR 1051762, CR 1065545, CR 1074037 (filed under seal)

Exhibit JJJJ: Jolanda Blasingame Signed Declaration

Group Exhibit KKKK: *Archie* BWC QH 147, 148, 149, 152

Group Exhibit LLLL: *James* Laksanaprom BWC and Aguirre BWC

Group Exhibit MMMM: *Wilson* BWC FCRL 1, FCRL 2, FCRL 5

Exhibit NNNN: *Simmons* Lawsuit Complaint

Group Exhibit OOOO: Curtis Roberts and Patricka Cavazos Criminal Histories (filed under seal)