**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JULISSA GREEN, on behalf of her minor child, Danasha McCory, and ANITA BELL, on behalf of her minor child, Baylie Bell, | ) ) ) ) | No. 22 C 2918 Judge Andrea R. Wood |
| *Plaintiffs*, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| CITY OF CHICAGO, *et al.*, | ) ) | |
| *Defendants*. | ) | |

## UNOPPOSED ORDER APPROVING SETTLEMENT OF THE MINOR PLAINTIFFS' CLAIMS

THIS MATTER coming before the Court on Plaintiffs' Unopposed Motion for Approval of Settlement of the Minor Plaintiffs' Claims, the Court having conducted an inquiry to determine whether the proposed settlement is fair and reasonable and whether it serves the best interests of the Minor Plaintiffs, Danasha McCory and Baylie Below, the Court hereby finds as follows:

A.      The parties have reached a settlement agreement to resolve all claims in this action.

B.      Under the proposed settlement between Plaintiffs and Defendants, Defendant City of Chicago will pay a total of $99,000.00, with each party to bear its own fees and costs, within sixty days of receipt of a signed settlement agreement and a signed stipulation to dismiss, to "The Law Offices of Al Hofeld, Jr., LLC Client Trust Account."

C. Pursuant to its retainer agreement with Plaintiffs, Plaintiffs' counsel, the Law Offices of Al Hofeld, Jr., LLC, will deduct the following from the settlement proceeds of $99,000:

    a. Attorneys' fees of thirty-three thousand dollars and zero cents ($33,000.00), or 33.33% of the total settlement, payable to LAW OFFICES OF AL HOFELD, JR., LLC; and

    b. Case expense of $402 (i.e., filing fee), payable to the LAW OFFICES OF AL HOFELD, JR., LLC.

D. After the deduction of the foregoing fees and costs, The Hofeld firm will distribute the remaining proceeds of $65,598 to the two Minor Plaintiffs in this case, Danasha McCory and Baylie Bell, who at the time of the incident in this case were eight and one years old, respectively, as follows:

    a. $49,198.50 (i.e., three-fourths, or 75%, of the remaining proceeds) to Danasha McCory; and

    b. $16,399.50 (i.e., one-fourth, or 25%, of the remaining proceeds) to an interest-bearing account in the name of THE ESTATE OF BAYLIE BELL, a minor.

E. The above terms of the proposed settlement between Plaintiffs and Defendants and the proposed distribution are fair and reasonable in light of the facts, the law, and the likely outcome of this case and are in the best interests of Minor Plaintiffs Danasha McCory and Baylie Bell.

F. The amount of the Hofeld firm's attorneys' fees and litigation expenses are fair and reasonable.

G. The proposed settlement between Plaintiffs and Defendants disposes of all claims against all Defendants in this action.

In light of the aforementioned findings, this Court HEREBY ORDERS:

1.      Defendant City of Chicago shall pay the $99,000 in settlement proceeds in accordance with this Order by issuing a check for $99,000.00 to "The Law Offices of Al Hofeld, Jr., LLC Client Trust Account" within 60 days of receiving a signed settlement agreement and a signed stipulation to dismiss.

2.      The Hofeld firm shall deposit the check into its client trust account and, from there, distribute the funds as set forth above and as follows:

   a.  $33,402.00 to the Hofeld Firm, for attorneys' fees and case expenses (as detailed above);

   b.  $49,198.50 to Danasha McCory (as detailed above); and

   c.  $16,399.50 to an interest-bearing account in the name of THE ESTATE OF BAYLIE BELL, a minor (as detailed above).

3.      Plaintiff Julissa Green is granted authority to sign the Settlement Agreement on behalf of Danasha McCory, her minor child.

4.      Plaintiff Anita Bell is granted authority to sign the Settlement Agreement on behalf of Baylie Bell, her minor child.

ENTERED BY:

_____
ANDREA R. WOOD
UNITED STATES DISTRICT JUDGE


DATED: July 24, 2025